Nos. 3880 y 3887. — Banco Comercial de Puerto Rico, apldo., *v.* M. González, aplte.—Banco Comercial de Puerto Rico, apldo., *v.* Hernández et al., apltes.—C. D. Humacao. Abr. 26, 1926.

Por cuanto, en el juicio el demandante presentó un pagaré cuya autenticidad y otorgamiento fueron admitidos ya que no se negó su existencia bajo juramento, como exige el artículo 119 del Código de Enjuiciamiento Civil;

Por cuanto, la presentación en un juicio de un pagaré cuya autenticidad y otorgamiento son admitidos establece un caso *prima facie* en favor del demandante. *Banco Comercial* v. *Rodríguez*, 20 D.P.R. 282; *Cochón* v. *Correa*, 32 D. P.R. 734.

Por cuanto, los demandados no presentaron prueba y se dictó sentencia contra ellos.

Por tanto, la apelación es frívola y por la presente se desestima la moción del apelado.

No. 3888.—García, aplte., *v.* García et al., apldos.—C. D. Humacao. Liquidación de Sociedad Mercantil. Abr. 26, 1926. No habiéndose en este caso presentado en la corte inferior la transcripción de la evidencia para tramitar esta apelación dentro del término concedido, ni prorrogado dicho término, ni radicado hasta ahora en esta Corte Suprema, el legajo de la sentencia, se desestima la apelación.